**CT Corporation**

**Service of Process Transmittal**
11/26/2018
CT Log Number 534457051

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE: Process Served in Louisiana**

**FOR:** Target Corporation of Minnesota (Assumed Name) (Domestic State: MN)
Target Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** MENYUON MILLER, Pltf. vs. TARGET CORPORATION OF MINNESOTA, Dft.

**DOCUMENT(S) SERVED:** Citation, Petition

**COURT/AGENCY:** 24th Judicial District Court, Parish of Jefferson, LA
Case # 789197

**NATURE OF ACTION:** Personal Injury - Failure to Maintain Premises in a Safe Condition - 12/18/2017

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Baton Rouge, LA

**DATE AND HOUR OF SERVICE:** By Process Server on 11/26/2018 at 08:55

**JURISDICTION SERVED:** Louisiana

**APPEARANCE OR ANSWER DUE:** Within 15 days of receipt

**ATTORNEY(S) / SENDER(S):** William E. Mura, Jr.
320 N. Carrollton Avenue
Suite 200
New Orleans, LA 70119
504-483-3400

**ACTION ITEMS:** CT has retained the current log, Retain Date: 11/26/2018, Expected Purge Date: 12/01/2018

Image SOP

Email Notification, Non Employee Litigation Target gl.legal@target.com

**SIGNED:** C T Corporation System
**ADDRESS:** 3867 Plaza Tower Dr.
Baton Rouge, LA 70816-4378
**TELEPHONE:** 954-473-5503

Page 1 of 1 / HM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 

(101) CITATION: PETITION FOR DAMAGES;      181108-1299-9

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

MENYUON MILLER
versus
TARGET CORPORATION OF MINNESOTA, TARGET

Case: 789-197    Div: "M"
P 1 MENYUON MILLER

To: TARGET CORPORATION OF MINNESOTA
Through Registered Agent for Service of Process:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

E.B.R. CK NO: 15023 - $39.36

· PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney WILLIAM E. MURA JR and was issued by the Clerk of Court on the 8th day of November, 2018.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;      181108-1299-9

Received:_____ Served:_____ Returned:_____

Service was made:
    ___ Personal      ___ Domiciliary_____

Unable to serve:
    ___ Not at this address      ___ Numerous attempts _____ times
    ___ Vacant      ___ Received too late to serve
    ___ Moved      ___ No longer works at this address
    ___ No such address      ___ Need apartment / building number
    ___ Other_____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
                 Deputy Sheriff
Parish of: _____

FILED FOR RECORD 11/05/2018 12:49:02
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO: **789197**   DIVISION M

### MENYUON MILLER

VS.

### TARGET CORPORATION OF MINNESOTA

FILED:_____   _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes your petitioner, MENYUON MILLER, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana who respectfully represents that:

I.

Made defendant herein is TARGET CORPORATION OF MINNESOTA (d/b/a Target), a business corporation doing business in the Parish of Jefferson, State of Louisiana which is indebted unto your petitioner for the following reasons, to-wit:

II.

On or about December 18, 2017, petitioner, MENYUON MILLER was a customer at the TARGET CORPORATION OF MINNESOTA's store located at 1731 Manhattan Blvd. in the Parish of Jefferson, State of Louisiana. While entering the store, petitioner, MENYUON MILLER slipped and fell due to water on the floor. This caused serious injuries and damages to your petitioner.

III.

Pursuant to Louisiana Code of Civil Procedure Article 893, as amended, Petitioner states that her individual damages may exceed the specific amount of damages necessary to establish the right to a jury trial.

Petitioner reserves her individual rights to supplement and/or amend this paragraph of her petition, as the nature and extent of her injuries and resultant damages may change over time.

IV.

As a result of this accident, MENYUON MILLER, plaintiff herein, was caused severe and painful personal injuries.

V.

The above-described accident and ensuing injuries to your petitioner was caused by the negligence of defendants in the following but not necessarily exclusive, acts of negligence:

1. Creation of a known defective/hazardous condition;
2. Failure to correct a known hazardous/defective condition;
3. Failure to warn their customers of known hazardous/dangerous conditions;
4. Failure to protect its customers from a known hazardous condition;
5. Failure to properly maintain its premises;
6. Failure to adequately inspect its property and/or its premises;
7. Any and all other acts and/or omissions of negligence which may be discovered or which may be learned prior to the trial hereof pursuant to Louisiana Civil Code Article 2315, 2316, 2317, 2317.1, 2322 and Louisiana Revised Statue 9:2800.6.

VII.

Plaintiff, MENYUON MILLER, individually itemizes her damages as follows:

1. Past, present and future physical and mental pain and suffering;
2. Medical expenses, past and future; and
3. Lost wages and loss of earning capacity.

VIII.

Petitioner avers amicable demand without avail.

IX.

Petitioner requests service of citation on all named defendants.

X.

Petitioner herein, MENYUON MILLER, pursuant to L.C.C.P. Article 1572, ask this Court for written notice ten (10) days in advance of the date fixed for the Trial or hearing of any Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding, pursuant to L.C.C.P. Articles 1913 and 1914, request immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceeding.

WHEREFORE, your petitioner prays that defendants be duly served and cited to appear and answer this petition; and as provided by law; that after all legal delays and due proceedings had there be judgment jointly, severally and in solido against the defendants, in favor of plaintiff, MENYUON MILLER, for damages that are reasonable in the premises, with legal interest thereon from date of judicial demand, and for all costs of these proceedings, along with other relief as law, equity and the nature of case shall require.

Respectfully submitted:

_____
WILLIAM E. MURA, JR. (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 North Carrollton Avenue, Suite 200
New Orleans, Louisiana 70119
Telephone: (504) 483-3400
Facsimile: (504) 483-3447
Email: bill@wmuralaw.com
Attorneys for petitioner

**PLEASE SERVE:**

TARGET CORPORATION OF MINNESOTA
Through its Registered Agent for Service of Process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.